IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 19, 2008

Charles R. Fulbruge III
Clerk

No. 07-60614
Summary Calendar

PAMELA MARTIN; SUSAN CHANCELLOR; FAYE FREEMAN

Plaintiffs - Appellants

v.

MASSELLE & ASSOCIATES INC; MASELLE SCHOOL OF
REAL ESTATE INC

Defendants - Appellees

Appeal from the United States for the
Southern District of Mississippi
(No. 3:06-cv-00055)

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.